# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.   13-04864 |
|    **Djordje Bamburac** | ) | |
| | ) | Chapter:   Chapter 13 |
| | ) | |
|  **Debtor,** | ) | Judge:   Bruce W. Black |
| | ) | |
| _____ | ) | _____ |
| | ) | |
| **Djordje Bamburac** | ) | |
| | ) | |
| | ) | Adv No.   13-362 |
| | ) | |
|  **Plaintiff** | ) | Judge:   Bruce W. Black |
| | ) | |
| **v.** | ) | |
| | ) | |
|  **Citigroup, Inc.** | ) | |
| | ) | |
|  **Defendant** | ) | |

## AMENDED MOTION FOR DEFAULT JUDGMENT

NOW COME the Plaintiffs, DJORDJE BAMBURAC, by and through his attorneys, Geraci Law, LLC, and complain of the Defendant CITIGROUP, INC. and state as follows:

1. That a Summons was issued in the above titled cause of action on 3/29/2013.

2. That pursuant to said summons, the Defendant has 30 days from the issuance of said summons to file an answer or motion.

3. That said summons and complaint were served upon the Defendant on 3/29/2013.

4. That no answer or motion has been received within the time limit fixed by the court or by Federal Rule of Bankruptcy Procedure 7012(a).

WHEREFORE, DJORDJE BAMBURAC prays that this Honorable Court enter a default judgment against CITIGROUP, INC. and find that the alleged lien of CITIGROUP, INC. is completely unsecured and avoid the junior mortgage of CITIGROUP, INC., which is recorded in the Will County Recorder of Deeds Office as docket number R2005146910, and find that the junior mortgage of CITIGROUP, INC. is of no further legal effect and for such other relief as this Court deems just.

/s/ Briana M. Czajka
Briana M. Czajka

Attorney for the Plaintiffs
Geraci Law, LLC
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800
(Fax):  877.247.1960